1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CHERYL PATITO, | ) | Case No.: C 09-03462 PVT |
| Plaintiff, | ) ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO** |
| v. | ) ) | **PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A** |
| INDYMAC BANK, FSB, et al., | ) ) | **"DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND** |
| Defendants. _____ | ) ) | **REQUEST FOR REASSIGNMENT"** |

On August 7, 2009, defendant MTC Financial, Inc. dba Trustee Corps moved to dismiss pursuant to Rule 12(b)(6). This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than August 28, 2009, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

section of the court's website at www.cand.uscourts.gov.

Dated:   August 17, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge