UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL PATITO,<br><br>    Plaintiff,<br> v.<br>INDYMAC, FSB, ET AL.,<br>    Defendants.<br>_____ | Case No.: C 09-03462 PVT<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |

  On August 17, 2009, defendant MTC Financial, Inc. dba Trustee Corps moved to dismiss pursuant to Rule 12(b)(6). On August 17, 2009, this court ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than August 28, 2009. ("August 28, 2009 Order"). All of the parties have not consented (or otherwise responded to the August 28, 2009 Order) to jurisdiction of this court. Accordingly, the

ORDER, *page 1*

1 | above-captioned action shall be reassigned to a district court judge.

2 |     IT IS SO ORDERED.

3 | Dated:    September 3, 2009    *Patricia V. Trumbull*

4 |     PATRICIA V. TRUMBULL
    United States Magistrate Judge

1 | A copy of this order was mailed on September 3, 2009 to the following:

2 | Cheryl Patito
3 | 2339 Plateau Drive
San Jose, CA 95125

ORDER, *page 3*