**E-Filed 10/2/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL PATITO,<br><br>              Plaintiff,<br><br>      v.<br><br>INDYMAC BANK F.S.B; MTC FINANCIAL INC., DBA TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-30, inclusive,<br><br>              Defendants. | Case Number 5:09-CV-03462 JF (PVT)<br><br>**ORDER RE MOTION FOR WITHDRAWAL OF CASE FROM FEDERAL COURT WITHOUT PREJUDICE**<br><br>Re: Docket No. 11 |

Plaintiff Cheryl Patito, proceeding *pro se*, moves for "Withdrawal of Case from the Federal Court without prejudice pursuant to Rule 10.7." It appears that Plaintiff may have intended to file a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure Rule 41(a), and the Court will treat Plaintiff's motion as such. The motion is unopposed, and Defendants have not filed an answer or dispositive motion. If Plaintiff did not intend to file for voluntary dismissal, she should contact the Court as soon as possible following receipt of this Order. The Clerk shall close the file.

**IT IS SO ORDERED.**

Case Number 5:09-CV-03462 JF (PVT)
ORDER RE MOTION OF WITHDRAWAL OF CASE FROM FEDERAL COURT WITHOUT PREJUDICE
(JFLC1)

1
2  DATED: 10/2/09
3                                          _____
4                                          JEREMY FOGEL
                                           United States District Judge
5

1
2   This Order was served on the following persons:
3
4   Cheryl Patito
    2339 Plateau Drive
5   San Jose, CA 95125
6   Elizabeth Lindsay Dolan
    Turner Reynolds Greco & O'Hara
7   A Law Corporation
    16485 Laguna Canyon Road
8   Suite 250
    Irvine, CA 92618
9
10  Richard Joseph Reynolds rreynolds@trlawyers.com, glatimer@trlawyers.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case Number 5:09-CV-03462 JF (PVT)
ORDER RE MOTION OF WITHDRAWAL OF CASE FROM FEDERAL COURT WITHOUT PREJUDICE
(JFLC1)